Date: 11/01/2016

# NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # : 12-32901

Debtors:  Linda Lee Ostrow
1260 Maple Shade Lane
Charlotte, NC  28270

RECEIVED
U.S. Bankruptcy Court
of NC
NOV 4 2016
Steven T. Salata, Clerk
Charlotte Division

Account Number:  9682

Creditor Information:  WISHART NORRIS HENNINGER & PITTMAN 6832 MORRISON BLVD CHARLOTTE NC 28211-0000

Amount of Turnover: $4,083.86          94-Dsb Ck-Crdtr Prin

**Total Turnover Amount: $4,083.86**

C22

FILED
U.S. Bankruptcy Court
of NC
NOV - 4 2016
Steven T. Salata, Clerk
Charlotte Division